

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAN ANTONIO WATER SYSTEM, AN AGENCY OF THE CITY OF SAN ANTONIO, | § | No. 08-23-00123-CV |
| | § | Appeal from the |
| Appellant, | § | 225th Judicial District Court |
| v. | § | of Bexar County, Texas |
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, | § | (TC# 2023CI04528) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying SAWS's plea to the jurisdiction and render judgment granting SAWS's plea to the jurisdiction and dismissing with prejudice all of GCNA's counterclaims against SAWS, with the exception of the breach-of-contract counterclaim based on SAWS's alleged failure to pay the balance due of $119,990.33 for the labor, materials, goods, and services Thyssen delivered to the project for SAWS's benefit.

IT IS SO ORDERED THIS 3RD DAY OF JANUARY 2024.

SANDEE BRYAN MARION, Chief Justice (Ret.)

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)